## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KUHLMANN,<br><br>   Plaintiff,<br><br>vs.<br><br>ADAM CHRISTIANSON, et al.,<br><br>   Defendants. | Case No.: 14-cv-00494 KAW<br><br>ORDER REGARDING SERVICE AND ISSUANCE OF SUMMONS |

Plaintiff, who is represented by counsel, filed this § 1983 case on January 31, 2014, along with an application to proceed *in forma pauperis*. (Compl., Dkt. No. 1; Pl.'s IFP Appl., Dkt. No. 3.) He has consented to the undersigned's jurisdiction pursuant to 28 U.S.C. § 636(c). (Pl.'s Consent, Dkt. No. 4.)

The Court granted Plaintiff's IFP application on March 14, 2014. (March 14, 2014 Order at 3, Dkt. No. 9.) The Court, however, dismissed Plaintiff's original complaint and subsequently, his first amended complaint, with leave to amend. (*Id.*; May 9, 2014 Order, Dkt. No. 12.)

Plaintiff has since filed a second amended complaint, which complies with 28 U.S.C. § 1915. Accordingly, the Clerk shall issue summons, and the United States Marshal shall serve, without prepayment of fees, a copy of the second amended complaint and any attachments, the scheduling order entered in this case, Plaintiff's affidavit, and this order on Defendants.

IT IS SO ORDERED.

DATE: June 27, 2014

KANDIS A. WESTMORE
United States Magistrate Judge