# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KUHLMANN,<br><br>    Plaintiff,<br><br>vs.<br><br>ADAM CHRISTIANSON, et al.,<br><br>    Defendants. | Case No.: 14-cv-00494 KAW<br><br>ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF CALIFORNIA; VACATING ORDER REGARDING SERVICE AND ISSUANCE OF SUMMONS |

The above-captioned case was improperly filed in the United States District Court for the Northern District of California. Plaintiff's claims arise from events that occurred at Stanislaus County Jail, which is located in the Eastern District of California. Accordingly, the Clerk shall TRANSFER this action to the United States District Court for the Eastern District of California, where proper venue lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in that district. *See* 28 U.S.C. §§ 84(b), 1391(b), 1406(a).

The Court's June 27, 2014 order regarding service and issuance of summons is hereby VACATED.

IT IS SO ORDERED.

DATE: July 1, 2014

KANDIS A. WESTMORE
United States Magistrate Judge