UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KUHLMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>SHERIFF ADAM CHRISTIANSON, *et al*,<br><br>  Defendants. | **1:14 -cv-1042 BAM**<br><br>**ORDER DISMISSING GRADY WELCH**<br><br>**ORDER DIRECTING CLERK TO TERMINATE THIS PARTY ON THE DOCKET**<br><br>**(Doc. 32)** |

On November 14, 2014, Plaintiff filed a Motion to Dismiss Defendant Grady Welch from this action. (Doc. 32). Since Defendant Welch has not appeared in this action, the Court construes Plaintiff's motion as a Notice of Voluntary Dismissal. Accordingly, Defendant Grady Welch is DISMISSED without prejudice to Fed. R. Civ. Pro. 41(a)(2). The Clerk of the Court is directed to terminate Grady Welch on the docket.

IT IS SO ORDERED.

Dated:   **November 14, 2014**          /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE

1